Brian C. Leighton, CA BAR #090907
LAW OFFICES OF BRIAN C. LEIGHTON
701 Pollasky Avenue
Clovis, CA  93612
Telephone:  (559) 297-6190
Facsimile:  (559) 297-6194
Email: brian@lawleighton.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OCCHIONERO,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD SALINAS, SENIOR COMMUNITY REVITALIZATION SPECIALIST WITH THE COMMUNITY REVITALIZATION DIVISION (FORMERLY KNOWN AS THE CODE ENFORCEMENT DIVISION) (sued in his personal capacity),<br><br>    Defendant. | Case No.  1:16-CV-00311:DAD-SAB<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** |

Defendant filed a Motion to Dismiss [doc. #9] the First Amended Complaint [doc. #7] on April 11, 2016, with the hearing to be held on May 17, 2016, before the Honorable Judge Dale A. Drozd.  The Court has scheduled a Mandatory Scheduling Conference on May 24, 2016, at the hour of 9:00 a.m. before the Honorable Magistrate Stanley A. Boone, Courtroom Nine.  In order to provide sufficient time for the court to issue a ruling on the pending motion to dismiss, the Court continues the Mandatory Scheduling Conference to July 19, 2016, at the hour of 2:30 p.m. in Courtroom 9 of this Court.

IT IS SO ORDERED.

Dated:   **May 10, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1