UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OCCHIONERO,<br><br>  Plaintiff,<br><br>  v.<br><br>RICHARD SALINAS,<br><br>  Defendant. | No. 1:16-cv-00311-DAD-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 24) |

On December 7, 2016, plaintiff Gregory Occhionero and defendant Richard Salinas filed a joint stipulation dismissing the action without prejudice.[1] (Doc. No. 24.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of the Court is directed to close the case. All court dates and deadlines previously scheduled in this action are hereby vacated.

IT IS SO ORDERED.

Dated:  **December 7, 2016**                    /s/ Dale A. Drozd
                                                              UNITED STATES DISTRICT JUDGE

---

[1] The City of Fresno was named as a defendant in plaintiff's original complaint (Doc. No. 1-1), but only Richard Salinas is named as a defendant in the operative first amended complaint (Doc. No. 7.)

1